UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KETURAH MIXON,

    Plaintiff,

v.

BANK OF AMERICA, N.A., and all of
its subsidiaries, successors, and assigns,
and JOHN DOES 1-20,

    Defendants.
_____/

Case No. 1:15-cv-486

HON. JANET T. NEFF

## ORDER

This is a civil action involving a *pro se* litigant. Defendant Bank of America, N.A. filed a Motion to Dismiss (Dkt 5). Plaintiff filed a Motion to Dismiss Defendant's Motion (Dkt 7), a Motion for Entry of Default (Dkt 8), and an Application for Entry of Default (Dkt 9). These matters were referred to the Magistrate Judge, who issued a Report and Recommendation on June 26, 2015, recommending that this Court grant in part and deny in part Plaintiff's motion to dismiss, deny Plaintiff's motion and application for entry of default, and grant Defendant's motion to dismiss. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 16) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss Defendant's Motion (Dkt 7) is GRANTED IN PART AND DENIED IN PART as set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default (Dkt 8) and Application for Entry of Default (Dkt 9) are DENIED.

**IT IS FURTHER ORDERED** that Defendant Bank of America, N.A.'s Motion to Dismiss (Dkt 5) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: July 17, 2015        /s/ Janet T. Neff
                            JANET T. NEFF
                            United States District Judge